UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NICOLE MARIE COATES,

    Plaintiff,

v.                                         Case No: 6:17-cv-791-Orl-40GJK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **ORDER**

This cause is before the Court on Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g), with Remand to the Defendant (Doc. 17) filed on November 13, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that a Joint Statement in Response to the Report and Recommendation of no objection was filed (Doc. 19), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 14, 2017 (Doc. 18), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g), with Remand to the Defendant (Doc. 17) is **GRANTED**.

3. The Clerk is **DIRECTED** to enter judgment **REVERSING** the Commissioner of Social Security's final decision and **REMANDING** the case for further proceedings.

4. The Clerk is further **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on November 16, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties